IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 06- PSM-MPT |
| SERGIO ALEJANDRO ARREOLA-MOLINA | ) |
| Defendant. | ) |

FILED JUL 18 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for ~~the pretrial~~ detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   _____   Crime of violence (18 U.S.C. § 3156)

   _____   Maximum sentence life imprisonment or death

   _____   10+ year drug offense

   _____   Felony, with two prior convictions in above categories

   \_\_X\_\_   Serious risk defendant will flee

   _____   Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   \_\_X\_\_   Defendant's appearance as required

    _____    Safety of any other person and the community

3.  **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    _____    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____    Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    _____    At first appearance

    __X__    After continuance of __3__ days (not more than 3).

DATED this __18th__ day of __July__, 2006.

                            COLM F. CONNOLLY
                            United States Attorney

                            BY: _/s/ Richard G. Andrews_
                            Richard G. Andrews
                            First Assistant U. S. Attorney