

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
v. ) Criminal Action No. 06- **86**
)
SERGIO ALEJANDRO ARREOLA-MOLINA, )
)
Defendant )
)
)

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

> F I L E D
>
> AUG – 1 2006
>
> U.S. DISTRICT COURT
> DISTRICT OF DELAWARE

## Count One

On or about July 16, 2006, in the District of Delaware, Sergio Alejandro Arreolo-Molina,

the defendant, an alien and subject of Mexico who had been removed from the United States on

or about December 10, 2002, was found in the United States, and the defendant was knowingly

in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the

United States, neither the Attorney General nor the Undersecretary for Border and Transportation

Security, Department of Homeland Security, had expressly consented to the defendant's re-

application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: 8/01/06