IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-86-SLR |
| | : | |
| | : | |
| SERGIO ARREOLA-MOLINA, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF CHANGE OF PLEA HEARING**

Defendant, Sergio Arreola-Molina, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an order continuing the change of plea hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Arreola-Molina is currently scheduled for a change of plea on October 4, 2006 at 2:00 p.m.

2. Mr. Arreola-Molina's current attorney, Penny Marshall, is leaving the Federal Public Defender's Office, effective October 1, 2006, and Mr. Arreola-Molina's case is being reassigned to attorney Eleni Kousoulis in the Federal Public Defender's Office. Ms. Kousoulis requires time to familiarize herself with Mr. Arreola-Molina's case and to meet with Mr. Arreola-Molina to discuss his case prior to his change of plea. Ms. Kousoulis respectfully requests a continuance for this purpose.

3. AUSA Ilana Eisenstein does not oppose this request for a continuance.

4.  After speaking with the Court's chambers, defense counsel was informed that the Court is available to hold this hearing on November 15, 2006 at 8:30 a.m. All parties are available at this date and time.

5.  The parties agree that all time up until the new hearing date will be excludable under the Speedy Trial Act.

WHEREFORE, for all the above reasons, the defense respectfully requests that the Court re-schedule the change of plea hearing in this matter to November 15, 2006 at 8:30 .a.m.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Defendant Arreola-Molina

DATED:   September 28, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-86-SLR |
| | : | |
| | : | |
| SERGIO ARREOLA-MOLINA, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Defendant Motion for Continuance of Change of Plea Hearing is available for public viewing and downloading and was electronically delivered on September 28, 2006, to:

> Ilana Eisenstein, Esquire
> Assistant U.S. Attorney
> 1007 Orange Street
> Suite 700, P.O. Box 2046
> Wilmington, DE  19899-2046

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King St., Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Arreola-Molina

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-86-SLR |
| SERGIO ARREOLA-MOLINA, | : | |
| Defendant. | : | |

**ORDER**

The Court having considered Defendant Arreola-Molina's Motion For Continuance of Change of Plea Hearing and good cause having been shown therefore,

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Change of Plea Hearing in this case be re-scheduled for the _____ day of _____, 2006 at _____ a.m./p.m.

------------------------------
Honorable Sue L. Robinson
United States District Court