IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-86-SLR |
| SERGIO ARREOLA-MOLINA, | : |
| Defendant. | : |

**ORDER**

The Court having considered Defendant Arreola-Molina's Motion For Continuance of Change of Plea Hearing and good cause having been shown therefore,

IT IS HEREBY ORDERED this 28th day of September, 2006 that the Change of Plea Hearing in this case be re-scheduled for the 15th day of November, 2006 at 8:30 a.m./p.m.

_____
Honorable Sue L. Robinson
United States District Court