UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Sergio Alejandro Arreola-Molina,<br>　　　　　　　　　　　　Defendant. | **SUBSTITUTION OF COUNSEL**<br><br>Docket No. **06 cr 0086** SLR |

To the Honorable Court:

　　　　Robert A. Buckley, having been retained by **Sergio Alejandro Arreola-Molina**, the above named defendant, and having previously filed a Notice of Appearance, hereby requests that the Court grant this Substitution of Counsel. By request of the defendant, and with notification and consent of the attorney of record, Penny Marshall, please substitute Robert A. Buckley as Counsel to the defendant and remove Ms. Marshall as the Counsel of Record.

Dated: New York, New York
　　　　September 29, 2006

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Robert A. Buckley (RB8930)
　　　　　　　　　　　　　　　　　　310 West 55th Street - ste 1K
　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　(212) 246-7091
　　　　　　　　　　　　　　　　　　Fax: (917) 591-2888
　　　　　　　　　　　　　　　　　　Buckleylaw@nysbar.com

Defendant:

_____

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SERGIO ALEJANDRO ARREOLA-MOLINA,<br>                                                Defendant. | NOTICE OF APPEARANCE<br><br><br>Docket No. **06-cr-00086** (SLR) |

To the Clerk of this Court and related parties:

    PLEASE TAKE NOTICE, that I have been retained by SERGIO ALEJANDRO ARREOLA-MOLINA the above named defendant.

    I hereby affirm that I am an Attorney and that I am admitted to and a member in good standing of the Bar of the State of New York as well as the Federal Southern and Eastern Districts of New York.

Dated: New York, New York
       September 29, 2006

                                    Robert A. Buckley (RB8930)
                                    310 West 55th Street - ste 1K
                                    New York, NY 10019
                                    (212) 246-7091
                                    Fax: (917) 591-2888
                                    Buckleylaw@nysbar.com