IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-086-SLR ) |
| SERGIO ALEJANDRO ARREOLA-MOLINA, | ) ) ) |
| Defendant. | ) ) |

O R D E R

At Wilmington this 25th day of October, 2006,

IT IS ORDERED that the change of plea hearing scheduled for **November 15, 2006** at **8:30 a.m.** is **rescheduled** to commence at **11:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge